JOHN E. WILCOX, Respondent, *v.* WILLIAM J. SILCOX et al., Appellants.

*Wilcox v. Silcox,* 175 App. Div. 966, appeal dismissed.
(Submitted February 26, 1917; decided March 6, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth

judicial department, entered November 20, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action on contract.

The motion was made upon the ground that the Appellate Division had unanimously decided that the evidence sufficiently sustained the verdict; that no questions of law were involved; that the exceptions were frivolous, and the appeal without merit and taken solely for the purpose of delay.

*John F. Kinney* for motion.

*Hampton H. Halsey* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.